IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MARY LOUISE SERAFINE,** § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | 1:20-cv-1249-RP | |
| § | | |
| **DAVID SLAYTON,** *Administrative Director* § | | |
| *of the Office of Court Administration of Texas*; § | | |
| *the honorable* **LORA J. LIVINGSTON,** *Local* § | | |
| *Administrative Judge, Travis County, Texas*; *and* § | | |
| *the honorable* **VELVA R. PRICE,** *District Clerk* § | | |
| *Travis County, Texas,* § | | |
| *all in their official capacities*, § | | |
| *Defendants*. § | | |

### ORDER TOLLING DEFENDANTS JUDGE LIVINGSTON AND DISTRICT CLERK PRICE'S JUNE 16, 2021 REPLY DEADLINE PENDING THE COURT'S RULING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPAINT

On this date came on to be considered Defendants Judge Livingston and District Clerk Price's Advisory Regarding Filing of Defendants' Reply to Plaintiff's Response to Defendants Judge Livingston and Clerk Price's Motion to Dismiss [ECF No. 43]. After careful consideration, the Court is of the opinion that the Advisory is agreed to by Plaintiff, has merit and should be GRANTED. Accordingly, it is

ORDERED, ADJUDGED and DECREED that Defendants Judge Livingston and District Clerk Price's June 16, 2021 deadline to file their Reply to Plaintiff's Response to Defendants Judge Livingston and Clerk Price's Motion to Dismiss [ECF No. 43] is TOLLED, pending this Court's ruling on Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint.

It is further ORDERED, ADJUDGED and DECREED that all further relief with respect to this order shall be address by the Court in its order on Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint.

SIGNED this _____day of _____ 2021.

_____
**UNITED STATES DISTRICT JUDGE**