IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARY LOUISE SERAFINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-1249-RP |
| | § | |
| GREG ABBOTT, *Governor of Texas;* | § | |
| KEN PAXTON, *Attorney General of Texas;* | § | |
| DAVID SLAYTON, *Administrative Director* | § | |
| *of the Office of Court Administration of Texas;* | § | |
| LORA J. LIVINGSTON, *Local* | § | |
| *Administrative Judge, Travis County, Texas;* | § | |
| VELVA R. PRICE, *District Clerk, Travis* | § | |
| *County, Texas, all in their official capacities,* | § | |
| | § | |
| Defendants. | § | |

## ORDER

On February 7, 2022, Mary Louise Serafine ("Plaintiff") dismissed all claims in this case

without prejudice. (Dkt. 119). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action

without a court order by filing a notice of dismissal before the opposing party serves an answer or a

motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants Megan LaVoie, Chief

Justice Nathan Hecht, Judge Amy Clark Meachum, and Velva R. Price have not served answers or

motions for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the

case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*,

785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on February 8, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE